1  Law Offices of Hadley & Fraulob
   230 Fifth Street
2  Marysville, CA  95901
   (530) 743-4458
3
   JOSEPH C. FRAULOB - State Bar #194355
4  Attorney for Plaintiff

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11

12 Eura Kilgore,                    )
                Plaintiff,          )    Case No: 2:12-cv-01792-CKD
13                                  )
                                    )    STIPULATION FOR EXTENSION
14 v.                               )    OF TIME FOR FILING MOTION
                                    )    FOR SUMMARY JUDGMENT
15 Commissioner of Social Security, )
                Defendant.          )
16 _____)

17        IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

18 granted an extension of thirty days, through Wednesday, December 19, 2012, to file the Motion

19 for Summary Judgment.

20        IT IS HEREBY NOTED that this is plaintiff's first extension requested.

21 Dated: 11/16/12                        / s / Joseph C. Fraulob
                                          Joseph Fraulob
22                                        Attorney for Plaintiff

23 Dated: 11/16/12                        / s / Sundeep R. Patel
                                          Sundeep R. Patel
24                                        Special Assistant U.S. Attorney
                                          Attorney for Defendant
25
   IT IS ORDERED
26
   Date:   11/19/2012                      /s/ Carolyn K. Delaney
27                                        U.S. Magistrate Judge

28