```
1
2   BENJAMIN B. WAGNER
    United States Attorney
3   GRACE M. KIM, SBN IL 6203390
    Regional Chief Counsel, Region IX
4   Social Security Administration
    DAVID LERCH, CA SBN 229411
5   Special Assistant United States Attorney
           160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone: (415) 977-8936
7          Facsimile: (415) 744-0134
           E-Mail: David.Lerch@ssa.gov
8
9   Attorneys for Defendant
10
11                       UNITED STATES DISTRICT COURT
12                       EASTERN DISTRICT OF CALIFORNIA
13                              SACRAMENTO DIVISION
14  EURA DEAN KILGORE,                  )  Civil No. 2:12-cv-1792-CKD
                                        )
15            Plaintiff,                )  STIPULATION AND PROPOSED
                                        )  ORDER FOR AN EXTENSION OF TIME
16       v.                             )  FOR DEFENDANT TO RESPOND TO
                                        )  PLAINTIFF'S MOTION FOR SUMMARY
17  MICHAEL J. ASTRUE                   )  JUDGMENT
    Commissioner of Social Security,    )
18                                      )
              Defendant.                )
19                                      )
                                        )
20                                      )
                                        )
21  _____)
22
23       IT IS HEREBY STIPULATED, by and between the parties, through their respective
24  counsel of record, that Defendant shall have a first extension of time of 30 days to respond to
25  Plaintiff's motion for summary judgment. Counsel for Defendant requests this extension in light
26  of his mentoring duties, other district court litigation, and numerous substantive non-litigation
27  matters.
28
```

1- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.;

The current due date is January 16, 2013.  The new due date will be February 15, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 14, 2013            /s/*Joseph Clayton Fraulob*
                                   (As authorized via email)
                                   JOSEPH CLAYTON FRAULOB
                                   Law Offices of Hadley & Fraulob
                                   Attorney for Plaintiff

Dated: January 14, 2013            BENJAMIN B. WAGNER
                                   United States Attorney

                        By:        /s/David W. Lerch
                                   DAVID W. LERCH
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 01/16/13                    /S/ CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.;