BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EURA DEAN KILGORE, | ) Civil No. 2:12-cv-1792-CKD |
|     Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| v. | ) **ORDER FOR AN EXTENSION OF TIME** |
| | ) **FOR DEFENDANT TO RESPOND TO** |
| MICHAEL J. ASTRUE | ) **PLAINTIFF'S MOTION FOR SUMMARY** |
| Commissioner of Social Security, | ) **JUDGMENT** |
|     Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.  Counsel for Defendant requests this extension in light of his mentoring duties, other district court litigation, and numerous substantive non-litigation matters.

1- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.;

The current due date is January 16, 2013.  The new due date will be February 15, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 14, 2013          /s/*Joseph Clayton Fraulob*
                                 (As authorized via email)
                                 JOSEPH CLAYTON FRAULOB
                                 Law Offices of Hadley & Fraulob
                                 Attorney for Plaintiff

Dated: January 14, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                         By:     /s/David W. Lerch
                                 DAVID W. LERCH
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 01/16/13                  /S/ CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a First Ext. of Time for Def.'s Resp.;