1

2  BENJAMIN B. WAGNER
   United States Attorney
3  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
4  Social Security Administration
   DAVID LERCH, CA SBN 229411
5  Special Assistant United States Attorney
        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone:  (415) 977-8936
7       Facsimile:  (415) 744-0134
        E-Mail: David.Lerch@ssa.gov
8
9  Attorneys for Defendant

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                         SACRAMENTO DIVISION

14  EURA DEAN KILGORE,                ) Civil No. 2:12-cv-1792-CKD
                                      )
15         Plaintiff,                 ) **STIPULATION AND** ~~PROPOSED~~
                                      ) **ORDER FOR A SECOND EXTENSION**
16     v.                             ) **OF TIME FOR DEFENDANT TO**
                                      ) **RESPOND TO PLAINTIFF'S MOTION**
17  MICHAEL J. ASTRUE                 ) **FOR SUMMARY JUDGMENT**
    Commissioner of Social Security,  )
18                                    )
           Defendant.                 )
19                                    )
                                      )
20                                    )
                                      )
21  _____ )

22

23      IT IS HEREBY STIPULATED, by and between the parties, through their respective

24  counsel of record, that Defendant shall have a second extension of time of 30 days to respond to

25  Plaintiff's motion for summary judgment.  This request is made as a result of a realignment of

26  work in the office of the undersigned counsel of record for the Defendant and is not intended to

27  cause intentional delay.

28

1- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.

The current due date is February 15, 2013. The new due date will be March 18, 2013. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for the delay.

Respectfully submitted,

Dated: February 11, 2013                /s/ *Joseph Clayton Fraulob*
                                        (As authorized via email)
                                        JOSEPH CLAYTON FRAULOB
                                        Law Offices of Hadley & Fraulob
                                        Attorney for Plaintiff


Dated: February 11, 2013                BENJAMIN B. WAGNER
                                        United States Attorney


                                By:     /s/ *David W. Lerch*
                                        DAVID W. LERCH
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED:  2/12/2013                       /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.