BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EURA DEAN KILGORE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:12-cv-1792-CKD<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's motion for summary judgment. This request is made as a result of a realignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

1- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.

The current due date is February 15, 2013.  The new due date will be March 18, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for the delay.

Respectfully submitted,

Dated: February 11, 2013            /s/ *Joseph Clayton Fraulob*
                                    (As authorized via email)
                                    JOSEPH CLAYTON FRAULOB
                                    Law Offices of Hadley & Fraulob
                                    Attorney for Plaintiff


Dated: February 11, 2013            BENJAMIN B. WAGNER
                                    United States Attorney


                            By:     /s/ *David W. Lerch*
                                    DAVID W. LERCH
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED:  2/12/2013                       /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a Second Ext. of Time for Def.'s Resp.