BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EURA DEAN KILGORE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:12-CV-1792-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/CENTS ($5,500.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00). This amount represents

1

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Joseph C. Fraulob, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/CENTS ($5,500.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

December 11, 2013               LAW OFFICES OF HADLEY & FRAULOB


                                */s/ Joseph C. Fraulob*
                                (As authorized via e-mail)
                                JOSEPH C. FRAULOB
                                Attorney for Plaintiff

December 11, 2013                    BENJAMIN B. WAGNER
                                     United States Attorney


                                     *s/ Brenda M. Pullin*
                                     BRENDA M. PULLIN
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant


**ORDER**

IT IS SO ORDERED.


Dated:  December 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE